UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

**FILED**
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

*/s/ Ricardo M. Urbina*

HAJJI GHALIB
Camp Delta
Washington, D.C. 20355

　　　　　Petitioner

　　v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

　　　　　Respondents

Civil Action No.

CASE NUMBER   1:05CV01238
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 06/22/2005

### PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T00949

ISN xxx                                              March 03, 2005

I Hajji Ghalib son of Hajji Wazir from Nangarhar province of Afghanistan, I am presenting my petition.

In the last month of 1381 (TN: March of 2003), I was an official and the commander of security of the district. I was performing my job in good manner and there were no incidents that occurred while I was serving this position. I had my people prepare to contribute, scarify, and to serve with all means for the current government of Mr. Karzai. The American soldiers arrested me in my official office while performing my official duties and finally I ended up in Cuba. I want to say with regret that your court declared me to be an enemy combatant. Although I am neither part Taliban or related to Al Quaeda- and moreover, I was involved in political struggle against them (TN: Talibans) and I endued hard time and they made it very difficult for me. As I was supporting American forces side-by-side and fought against Taliban and Al Quaeda. Americans are the friends of Afghans, and I will never be a threat to the Americans. I hope for an accurate review of my case; you can get information about me from Mr. Karzai and his special people such as the Defense Minster, and all government employee and tribal leaders Nangarhar until your are satisfy and release me from imprisonment. I hope this petition is well translated, so the meaning is understood.

Sincerely
Signature Hajji Ghalib.

FILED
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1238

Date: March, 03,

ISN. 987

زه حاجی غالب دوزیر مدوی دافغانستان دننگرهار ولایت دغنی جلودلوی ولسوالی او سنډو

نېلی عرض وړاندې کوم : —

۰ ۱۳۸۱ هـ ش کال په اخرو میاشت کې یې په جېله رسمي وظیفه چې د اهنې قومی قوماندانی دنده د کلي شوې

ولسوالی را په غاړه وه او جیله وظیفه می په خوراښه د ول سرت رسول او هیڅ جول واقعه

چه د قوماندانی په وخت کې پېښ وی واقعه سوې او بیولی خلک می د فعلی حکومت د کړۍ چا

نی ریاست ته جول حواله کوی با نی نه اما ده کمکی وه په جېله می رسمي دفتر کې د امریکا

عسکرو لکه اولیل ستیم هلر الامر کلیپانها استقبال کمر او په ما ثابتا سوه وولیم هم ناسکی

حکم نه چنګی دښمن معرفی کمر حال دا دی چه اعظیم القاعده نه تیر او حچوی ته

ضدمی د بې بنایا رزګي کمی اوه په تکلیفه اوانوانو ی را رسولی او د امریکا ئی

قوای ته جنګ می دالقاعدی او طالبان په ضد جنګوله کمی او امریکا خپل او د ټول

افغانانو دوشت بولم او په هیڅ جول د امریکا یا نه نه ته خطر نه یم هیله ده چې زما

دوشتی ته کمکه زور زور وکمی او زما په حقله د جینا ته کمری چی . د خپل خوا کښنا نو

کله د دفاع وزیر او د ننګرهار د لوړ حکومتی مسولینو او مثلو قومی مشر انو نه ح معلومات

واخلی ترڅو چا چمن سیی او زه د بند جه خلاص من سم هیله ده چه د اعز بعضی په ښه توګه

ترجمه سی چې هوره مطلب ترې وا خیستل شی په درناوي

امضا  حاجی غالب عسکر