| | Judge | Petitioner Name | Case No. | Date Filed | Nationality | Proposed Counsel |
|---|---|---|---|---|---|---|
| 1 | Bates | Habibullah Mangut | 05-cv-01008 | 05/19/2005 | Afghanistan | M.D. Pennsylvania |
| 2 | Bates | Abdul Salaam | 05-cv-01013 | 05/19/2005 | Afghanistan | M.D. Pennsylvania |
| 3 | Collyer | Muhibullah | 05-cv-00884 | 05/03/2005 | unknown | N.&S. D. Iowa |
| 4 | Collyer | Sharbat Khan | 05-cv-00890 | 05/03/2005 | unknown | N.&S. D. Iowa |
| 5 | Collyer | Abdul Hakim Abdul Karim Amin Bukhari | 05-cv-01241 | 06/22/2005 | Saudi Arabia? | E.D. Pennsylvania |
| 6 | Collyer | Jawad Jabber Sadkhan | 05-cv-1487 | 07/28/2005 | Iraq | private counsel to file amended petition |
| 7 | Friedman | Abib Sarajuddin | 05-cv-01000 | 05/18/2005 | Afghanistan | D. Connecticut |
| 8 | Friedman | Abdul Baqi | 05-cv-01235 | 06/22/2005 | Afghanistan? | D. Connecticut |
| 9 | Friedman | Khudaidad | 05-cv-00997 | 05/18/2005 | unknown | D. D.C. |
| 10 | Friedman | Faraj Abdi Al Hadi Omar Mahmoud | 05-cv-1490 | 07/28/2005 | Syria | private counsel already filed on behalf of this client (Mahmoud v. Bush) |
| 11 | Huvelle | Yasin Muhammed Basardh | 05-cv-00889 | 05/03/2005 | unknown | C.D. California |
| 12 | Huvelle | Aminullah | 05-cv-01237 | 06/22/2005 | Afghanistan | C.D. California |
| 13 | Huvelle | Abdulla Mohammed Kahn | 05-cv-01001 | 05/18/2005 | Afghanistan | D. New Jersey |
| 14 | Huvelle | Syed Muhammad Ali Shah | 05-cv-01012 | 05/18/2005 | Afghanistan | private counsel has already filed amended petition |
| 15 | Huvelle | Haji Nasrat | 05-cv-00880 | 05/03/2005 | unknown | private law firm already filed a petition for this detainee in another case (Mousovi v. Bush) |
| 16 | Kessler | Fazil Rahman | 05-cv-00882 | 05/03/2005 | unknown | N.D. Illinois |
| 17 | Kessler | Alif Mohammad | 05-cv-00885 | 05/03/2005 | unknown | N.D. Illinois |
| 18 | Kessler | Ihsan Ullah Peerzai | 05-cv-01243 | 06/22/2005 | Afghanistan | Duplicate of 05-cv-01242 |
| 19 | Kessler | Mohamedou Ould Slahi | 05-cv-00995 | 05/18/2005 | unknown | private counsel has already filed petition in Salahi v. Bush (05-cv-569) |
| 20 | Kollar-Kotelly | Rahmattullah | 05-cv-00878 | 05/03/2005 | unknown | N.D. Georgia |
| 21 | Kollar-Kotelly | Ehsan Ullah | 05-cv-01311 | 06/30/2005 | Afghanistan | D. Connecticut (possible duplicate of 05-cv-01242) |
| 22 | Kollar-Kotelly | Tariq Mahmoud Alsawam | 05-cv-01244 | 06/22/2005 | Bosnia | D. D.C. |
| 23 | Kollar-Kotelly | Nazul Gul aka Chaman | 05-cv-00888 | 05/03/2005 | unknown | Duplicate of 05-cv-00887 |
| 24 | Kollar-Kotelly | Hajji Ghalib | 05-cv-01238 | 06/22/2005 | Afghanistan | M.D. Pennsylvania |
| 25 | Kollar-Kotelly | Ali Hussian Mohammad Muety Shaaban | 05-cv-00892 | 05/03/2005 | Syria | D. Oregon |

| # | Judge | Petitioner | Case No. | Date | Country | Notes |
|---|---|---|---|---|---|---|
| 26 | Lamberth | Ahsanullah Pirzai | 05-cv-01242 | 06/22/2005 | Afghanistan | S.D. Ohio |
| 27 | Lamberth | Abdul Ahmad | 05-cv-1492 | 07/28/2005 | Afghanistan | S.D. Ohio |
| 28 | Lamberth | Ali Abdulmotalib Aweid Hassan Altaiy | 05-cv-01240 | 06/22/2005 | Iraq | Duplicate of 05-cv-01239 |
| 29 | Lamberth | Kasimbekov Komoliddin Tohirjanovich | 05-cv-00994 | 05/18/2005 | Afghanistan | E.D. Pennsylvania |
| 30 | Lamberth | Adel Hassan Hamad | 05-cv-01009 | 05/18/2005 | unknown | D. Oregon |
| 31 | Lamberth | Ameur Mammar | 05-cv-01233 | 06/22/2005 | Algeria | private law firm has already filed a petition for this detainee in another case (Mammar v. Bush) |
| 32 | Leon | Ali Adel Motaleb Aweid Al Khaiy | 05-cv-01239 | 06/22/2005 | Iraq | N.D. Georgia |
| 33 | Leon | Abdulrahim Abdul Razak Al Ginco | 05-cv-01310 | 06/30/2005 | unknown | C.D. California |
| 34 | Leon | Mohabat Khan | 05-cv-01010 | 05/18/2005 | Afghanistan | S.D. California |
| 35 | Leon | Ghaleb Nassar Al Bihani | 05-cv-01312 | 06/30/2005 | Yemen | S.D. California |
| 36 | Roberts | Abdul Zaher | 05-cv-01236 | 06/22/2005 | Afghanistan | Duplicate of 05-cv-01011 |
| 37 | Roberts | Chaman | 05-cv-00887 | 05/03/2005 | unknown | D. Oregon |
| 38 | Roberts | Mohameduo Ouid Slahi | 05-cv-00881 | 05/03/2005 | unknown | private counsel has already filed petition in Salahi v. Bush (05-cv-569) |
| 39 | Roberts | Abdul Majid Mohammadi | 05-cv-01246 | 06/22/2005 | Iran | D. Maryland |
| 40 | Robertson | Sawat Khan | 05-cv-1491 | 07/28/2005 | Afghanistan | D. Maryland |
| 41 | Robertson | Khiali-Gul | 05-cv-01002 | 05/18/2005 | unknown | D.D.C. |
| 42 | Robertson | Akhteyar Mohammad | 05-cv-00996 | 05/03/2005 | Afghanistan | E.D. Pennsylvania |
| 43 | Robertson | Abdul Zuhoor | 05-cv-01011 | 05/18/2005 | Afghanistan | private counsel to file amended petition |
| 44 | Sullivan | Abdul Wahab | 05-cv-00886 | 05/03/2005 | unknown | N.D. Illinois |
| 45 | Sullivan | Akhtar Mohammed | 05-cv-01002 | 05/18/2005 | Afghanistan | Duplicate of 05-cv-00996 |
| 46 | Sullivan | Labed Ahmed | 05-cv-01234 | 06/22/2005 | Algeria | D. New Jersey |
| 47 | Urbina | Arkan Mohammad Ghafil Al Karim | 05-cv-00998 | 05/18/2005 | Iraq | N.D. Georgia |
| 48 | Urbina | Mohammad Mustafa Sohail | 05-cv-00993 | 05/18/2005 | Afghanistan | D. Minnesota |
| 49 | Urbina | Faizullah | 05-cv-1489 | 07/28/2005 | Afghanistan | D. Minnesota |
| 50 | Walton | Nasrullah | 05-cv-00891 | 05/03/2005 | Afghanistan | D. Maryland |
| 51 | Walton | Taj Mohammad | 05-cv-00879 | 05/03/2005 | unknown | S.D. Florida |
| 52 | Walton | Karim Bostan | 05-cv-00883 | 05/03/2005 | Afghanistan | S.D. Florida |
| 53 | Walton | Mohammed Anon | 05-cv-1493 | 07/28/2005 | Afghanistan | D. New Jersey |
| 54 | Walton | Asim Ben Thabit Al-Khalaqi | 05-cv-00999 | 05/18/2005 | Yemen | S.D. California |