AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| HAJJI GHALIB<br>Petitioner(s)<br><br>vs.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department of Defense,<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Comander, Joint Detention Operations Group, JTF - GTMO<br><br>Respondent(s) | ) | APPEARANCE<br><br>CASE NUMBER: 05-CV-01238 |

To the Clerk of this court and all parties of record:

Please enter the appearance of James V. Wade as counsel in this
(Attorney's Name)

case for: Hajji Ghalib
(Name of party or parties)

11-3-2005
Date

PA 33352
BAR IDENTIFICATION

_/s/ James V. Wade_
Signature

James V. Wade
Print Name

100 Chestnut Street, Suite 306
Address

Harrisburg     PA     17101
City        State       Zip Code

(717) 782-2237
Phone Number