IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1048 (RMU) |
| ALI SHAH MOUSOVI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1124 (RMC) |
| OMAR MOHAMMED KHALIFH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1189 (JR) |

| | | |
|---|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1220 (RMU) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| LABED AHMED, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1234 (EGS) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL BAQI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1235 (PLF) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| AMINULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1237 (ESH) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | | |
| HAJI GHALIB, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1238 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | | |
| ALI ADEL MOTALEB AWEID AL KHAIY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1239 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1241 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| AHSANULLAH PIRZAI, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1242 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| IHSAN ULLAH PEERZAI, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1243 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1244 (CKK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ABDUL MAJID MOHAMMADI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1246 (RWR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ABDULRAHIM ABDUL RAZAK ) | |
| AL GINCO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1310 (RJL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

| | | |
|---|---|---|
| EHSAN ULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1311 (RCL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| GHALEB NASSAR AL BIHANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1312 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| FARHI SAEED BIN MOHAMMED, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1347 (GK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |
|---|---|
| MOTAI SAIB, *et al.*,  )<br>  )<br>       Petitioners,  )<br>  )<br>v.   )<br>  )<br>GEORGE W. BUSH,  )<br>   President of the United States,  )<br>   *et al.*,  )<br>  )<br>       Respondents.  ) | Civil Action No. 05-CV-1353 (RMC) |
| SAEED MOHAMMED SALEH  )<br>   HATIM, *et al.*,  )<br>  )<br>       Petitioners,  )<br>  )<br>v.   )<br>  )<br>GEORGE W. BUSH,  )<br>   President of the United States,  )<br>   *et al.*,  )<br>  )<br>       Respondents.  ) | Civil Action No. 05-CV-1429 (RMU) |
| NASSER MAZYAD ABDULLAH  )<br>   AL-SUBAIY, *et al.*,  )<br>  )<br>       Petitioners,  )<br>  )<br>v.   )<br>  )<br>GEORGE W. BUSH,  )<br>   President of the United States,  )<br>   *et al.*,  )<br>  )<br>       Respondents.  ) | Civil Action No. 05-CV-1453 (RMU) |

| | |
|---|---|
| JIHAD DHIAB, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1457 (GK) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| JAWAD JABBER SADKHAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1487 (RMC) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| FAIZULLAH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1489 (RMU) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

|  |  |
|---|---|
| ABDUL HADI OMER HAMOUD FARAJ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1490 (PLF) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| SAWAT KHAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1491 (JR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ABDUL AHMAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1492 (RCL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

| | | |
|---|---|---|
| MOHAMMED AMON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1493 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| JAMAL KIYEMBA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1509 (RMU) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| IBRAHIM OSMAN IBRAHIM IDRIS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action Nos.   05-CV-1555 (JR)<br>05-CV-1725 (JR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) | (consolidated) |
| Respondents. | ) ) ) | |

## ATTORNEY APPEARANCE

      Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: November 23, 2005        Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General

                                    KENNETH L. WAINSTEIN
                                    United States Attorney

                                    DOUGLAS N. LETTER
                                    Terrorism Litigation Counsel

                                      /s/ Terry M. Henry
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    TERRY M. HENRY
                                    JAMES J. SCHWARTZ
                                    PREEYA M. NORONHA
                                    ROBERT J. KATERBERG
                                    NICHOLAS J. PATTERSON
                                    ANDREW I. WARDEN
                                    EDWARD H. WHITE
                                    Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Ave., N.W. Room 7144
                                    Washington, DC 20530
                                    Tel: (202) 514-4107
                                    Fax: (202) 616-8470

                                    Attorneys for Respondents