IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAJJI GHALIB,**<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>　　Petitioner,<br><br>V.<br><br>**GEORGE W. BUSH**<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Avenue, N.W.<br>　　Washington, D.C. 20500;<br><br>**DONALD RUMSFELD**<br>　　Secretary, United States<br>　　Department of Defense<br>　　1000 Defense Pentagon<br>　　Washington, D.C. 20301;<br><br>**ARMY BRIG. GEN. JAY HOOD**<br>　　Commander, Joint Task Force -<br>　　GTMO<br>　　JTF-GTMO<br>　　APO AE 09360; and<br><br>**ARMY COL. MIKE BUMGARNER**<br>　　Commander, Joint Detention<br>　　Operations Group - JTF-GTMO<br>　　APO AE 09360,<br><br>　　Respondents. | CIVIL ACTION<br>(HABEAS CORPUS)<br><br>No:　05-CV-01238<br><br>JUDGE COLLEEN KOLLAR-KOTELLY |

**ORDER**

The Court, having considered Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondent shall not remove Petitioners from Guantanamo to a foreign territory without providing counsel and the Court 30-days' advance notice.

BY THE COURT,

_____
Colleen Kollar-Kotelly, USDJ

Dated: