AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| HAJJI GHALIB | ) | |
|     Petitioner(s) | ) | APPEARANCE |
| | ) | |
| vs. | ) | CASE NUMBER: 05-CV-01238 |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States | ) | |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States Department | ) | |
| of Defense, | ) | |
| | ) | |
| ARMY BRIG. GEN. JAY HOOD | ) | |
| Commander, Joint Task Force-GTMO | ) | |
| | ) | |
| ARMY COL. BRICE GYURISKO | ) | |
| Comander, Joint Detention Operations | ) | |
| Group, JTF - GTMO | ) | |
| | ) | |
|     Respondent(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Ronald A. Krauss_____ as counsel in this
                                                    (Attorney's Name)

case for:_____Hajji Ghalib_____
                          (Name of party or parties)

| | |
|---|---|
| January 24, 2006 | s/ Ronald A. Krauss |
| Date | Signature |
| | |
| | Ronald A. Krauss |
| | Print Name |
| DC Bar ID# 306993 | |
| BAR IDENTIFICATION | 100 Chestnut Street, Suite 306 |
| | Address |
| | |
| | Harrisburg    PA    17101 |
| | City            State           Zip Code |
| | |
| | (717) 782-2237 |
| | Phone Number |