AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

HAJJI GHALIB                      )
      Petitioner(s)          )      APPEARANCE
                                  )
      vs.                    )      CASE NUMBER: 05-CV-01238
                                  )
GEORGE W. BUSH,                   )
President of the United States    )
                                  )
DONALD RUMSFELD,                  )
Secretary, United States Department )
of Defense,                       )
                                  )
ARMY BRIG. GEN. JAY HOOD          )
Commander, Joint Task Force-GTMO)
                                  )
ARMY COL. BRICE GYURISKO          )
Comander, Joint Detention Operations)
Group, JTF - GTMO                 )
                                  )
      Respondent(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Thomas A. Thornton_____ as counsel in this
                                      (Attorney's Name)

case for:_____Hajji Ghalib_____
                  (Name of party or parties)

January 24, 2006            s/ Thomas A. Thornton
Date                                              Signature

                                                     Thomas A. Thornton
                                                     Print Name

PA BAR # 44208
BAR IDENTIFICATION                100 Chestnut Street, Suite 306
                                                     Address

                                                     Harrisburg     PA     17101
                                                     City              State        Zip Code

                                                     (717) 782-2237
                                                     Phone Number