AO 458 (Rev.11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| HAJJI GHALIB | ) | |
|     Petitioner(s) | ) | APPEARANCE |
| | ) | |
|     vs. | ) | CASE NUMBER: 05-CV-01238 |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States | ) | |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States Department | ) | |
| of Defense, | ) | |
| | ) | |
| ARMY BRIG. GEN. JAY HOOD | ) | |
| Commander, Joint Task Force-GTMO | ) | |
| | ) | |
| ARMY COL. BRICE GYURISKO | ) | |
| Comander, Joint Detention Operations | ) | |
| Group, JTF - GTMO | ) | |
| | ) | |
|     Respondent(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Lori J. Ulrich_____ as counsel in this
                                             (Attorney's Name)

case for:_____Hajji Ghalib_____
                      (Name of party or parties)

| | |
|---|---|
| <u>January 24, 2006</u> | <u>s/ Lori J. Ulrich</u> |
| Date | Signature |
| | |
| | <u>Lori J. Ulrich</u> |
| | Print Name |
| <u>PA BAR # 55626</u> | |
| BAR IDENTIFICATION | <u>100 Chestnut Street, Suite 306</u> |
| | Address |
| | |
| | <u>Harrisburg     PA     17101</u> |
| | City          State          Zip Code |
| | |
| | <u>(717) 782-2237</u> |
| | Phone Number |