**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **JARALLAH AL-MARRI, et al.**, | : |
| Petitioners, | : |
| v. | : Civil Action No. 04-2035 (GK) |
| **GEORGE W. BUSH, et al.**, | : |
| Respondents. | : |

---

### ORDER

For the reasons stated in the Court's accompanying memorandum, docketed this same day, it is this 4th day of April, hereby

**ORDERED** that Petitioner's Motion for a Preliminary Injunction is **granted**; it is further

**ORDERED** that the Government shall provide Petitioner's counsel and the Court with 30 days' notice prior to transporting or removing Petitioner from Guantanamo Bay Naval Base; it is further

**ORDERED** that this Order shall remain in effect until the final resolution of Petitioner's habeas claim unless otherwise modified or dissolved; it is further

**ORDERED** and Petitioner's Motion for a Temporary Restraining Order is **denied as moot.**

April 4, 2005

/s/
Gladys Kessler
United States District Judge

**Copies to:** Attorneys of Record via ECF

2