NETFLIX ONLY $9.99 A MONTH — Click he

      

Classifieds:

- Home
- News
- Travel
- Money
- Sports
- Life
- Tech
- Weather
- Search

 

- Wash/Politics
- Washington home
- Washington briefs
- Election 2004
- Government guide
- Health
- Health home
- Medical resources
- Health information
- Editorial/Opinion
- Ed/Op home
- Columnists
- Cartoons
- More News
- Top news briefs
- Nation briefs
- World briefs
- States
- Lotteries
- By the numbers
- Special reports
- Day in pictures
- Snapshots
- Offbeat
- Video
- Talk Today
- Marketplace
- Real estate
- Arcade
- Newspaper Classifieds

# World

- E-MAIL THIS
- PRINT THIS
- SAVE THIS
- MOST POPULAR
- SUBSCRIBE
- REPRINTS & PERMISSIONS

Posted 8/4/2005 11:34 AM    Updated 8/4/2005 10:11 PM

## Afghans held at Guantanamo will be sent to home country

By Steven Komarow, USA TODAY

WASHINGTON — The Bush administration agreed Thursday to transfer up to 110 Afghan inmates from Guantanamo Bay, Cuba, to their home country, the biggest single step yet toward reducing the population of the prison camp.

The deal comes as some members of Congress are pressing the Bush administration to close the Guantanamo prison. The facility was built after the Sept. 11 attacks and the invasion of Afghanistan to hold suspects in the war on terrorism. Sens. Edward Kennedy, D-Mass., Chuck Hagel, R-Neb., and others say the prison has become a recruiting tool for anti-American terrorist groups because it has gained a reputation for cruelty.

Matthew Waxman, deputy assistant secretary of Defense for detainee affairs, said the agreement was not a prelude to closing the Guantanamo prison. However, he said the administration hopes to make similar arrangements with other countries. "We, the United States, don't want to be the world's jailer," he said.

The arrangement is the result of weeks of talks that followed a visit to Washington in May by Afghan President Hamid Karzai. During the visit, President Bush turned down Karzai's request to take custody of Afghan citizens being held by U.S. forces, including the 110 at Guantanamo and about 350 at a U.S. facility in Afghanistan.

Defense Secretary Donald Rumsfeld said in June that the United States doesn't want to hold detainees at Guantanamo but couldn't send them home because their countries lack proper holding facilities. Under the terms of the new arrangement, the United States will help Afghanistan build prison space to hold the men, as well

Advertisement

HOME LOANS
START HERE
- Pre-Qualify For a Loan
- How Much Can I Borrow?
- What Will My Payments Be?
- 15 or 30 Year Term

o Refi
o Hon
o con
o Hon

Today's Top News Stories
- Session of Saddam trial delayed  4:08 PM
- Senate committee recommends  2:24 PM
- Gonzales defends domestic surv
- Plane crashes at airport in Califor  4:32 PM
- UPN, WB networks combine - 2:5
- Add USATODAY.com RSS feeds

E-Mail Newsletters

Sign up to receive our free **Daily Br newsletter** and get the top news of inbox.

E-mail:

Select one:  ⊙ HTML

Breaking News E-Mail Alerts
- Get breaking news in your inbox

as train the guards. The Afghan government will "ensure that they do not pose a continuing threat," but it will have full authority to release detainees as it sees fit. Waxman said those terms could be replicated in other agreements.

The United States has transferred more than 200 Guantanamo detainees to about a dozen countries, some for continued incarceration and others for release. The Afghan transfers, which would take place as prison space becomes available, would cut the current population of about 510 by about a fifth. Besides Afghans, the prison's largest groups are Saudis and Yemeni.

Air Force Maj. Todd Vician, a Pentagon spokesman, said the agreement does not alter the U.S. position that Guantanamo's detainees are dangerous. "Don't confuse transfer with release," he said.

Vician said the timing will depend on when Afghanistan is ready to take the detainees. Karzai has complained of mistreatment of the detainees and has said most were not terrorists.

Karzai's spokesman, Karim Rahimi, told the Associated Press in Kabul that the agreement means all Afghans held by the U.S. military will be transferred.

However, the joint declaration says only that "many" detainees will be transferred, giving the United States flexibility to keep considered especially dangerous or who might still provide valuable information.

*Contributing: Toni Locy*

Related advertising links What's this?

| $150,000 Mortgage for $483/Month | Introducing $7 Limit Orders at Scottrade | Mortgage Rates Hit Record Lows |
|---|---|---|
| Compare up to 4 free offers! Ref... | Now at Scottrade, not only are market or... | $160,000 loan as low as $633/m... |
| www.pickamortgage.net | www.scottrade.com | www.lowermybills.com |

Place your ad here

**Subscribe Today: Home Delivery of USA TODAY - Save 35%**



USATODAY.com partners: USA Weekend • Sports Weekly • Education • Space.com • USA TODAY NOW Personal Technology

Home • Travel • News • Money • Sports • Life • Tech • Weather

Resources: Mobile news • Site map • FAQ • Contact us • E-mail news
Jobs with us • Internships • Terms of service • Privacy policy • Media kit • Press room

Add USATODAY.com RSS feeds

© Copyright 2006 USA TODAY, a division of Gannett Co. Inc.