IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHERIF el-MASHAD, *et al.*<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-0270 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION

Respondents hereby request an extension of time to respond to petitioners' motion for preliminary injunction and state as follows:

1.     This case is a petition for writ of habeas corpus on behalf of two individuals held by the Department of Defense ("DoD") as enemy combatants at the United States Naval Base at Guantanamo Bay, Cuba.

2.     Petitioners filed a motion for preliminary injunction on February 4, 2005, to prevent any transfer of petitioners from United States custody into the custody of the Egyptian government or any other government. *See* Dkt. No. 3.

3.     Petitioners' motion raises serious issues, including issues related to separation of powers and international treaties. Respondents need additional time to adequately respond to the matters raised in petitioners' motion.

4.     Counsel for respondents request that respondents be permitted to file their response to the motion for preliminary injunction on or before February 25, 2005.

5.    Counsel for respondents conferred with counsel for petitioners, and counsel for petitioners do not object to respondents' time for a response to the preliminary injunction motion being extended to February 25, 2005. Counsel for petitioners represented, however, that they have additional concerns, to be addressed in a separate filing, that prevent this motion from being an "agreed" motion. Counsel for petitioners requested that their time for reply extend until March 8, 2005; counsel for respondents do not object to such date for petitioners' reply.

6.    Undersigned counsel for respondents is informed by DoD that there has been no determination by the agency that any transfer of petitioners would be appropriate and that any transfer following such a decision on the matter would not occur for at least six weeks after any such decision. Thus, the proposed briefing schedule allows for appropriate time for the parties to brief, and the Court to decide, the preliminary injunction issue.

WHEREFORE, the Court should order the briefing schedule proposed herein. A proposed order is attached.

Dated: February 14, 2005                     Respectfully submitted,

                                             PETER D. KEISLER
                                             Assistant Attorney General

                                             KENNETH L. WAINSTEIN
                                             United States Attorney

                                             BRIAN D. BOYLE
                                             Principal Deputy Associate Attorney General

                                             DAVID B. SALMONS
                                             Assistant to the Solicitor General

                                             DOUGLAS N. LETTER
                                             Terrorism Litigation Counsel

- 2 -

_/s/ Terry M. Henry_
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
LISA A. OLSON
JAMES J. SCHWARTZ
PREEYA M. NORONHA
NICHOLAS PATTERSON
ROBERT J. KATERBERG
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents