IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAJII GHALIB**, <br> Petitioner, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br> Respondents. | CIVIL ACTION <br> (Habeas Corpus) <br><br><br> No. 1:05-CV-01238 <br> (Judge Colleen Kollar-Kotelly) |

**PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION
FOR PROCEDURES RELATED TO REVIEW OF
<u>CERTAIN DETAINEE MATERIALS</u>**

Petitioner, Hajii Ghalib, objects to any violation of the attorney-client privilege by respondents. Petitioner, however, does not believe respondents have seized any attorney-client material relating to his case. Should that belief be mistaken, petitioner joins in and hereby adopts the legal arguments presented by counsel for the petitioner

in *Abdah v. Bush*, 04-CV-1254 (HHK).

                                  Respectfully submitted,

                                  /s/James V. Wade
                                  James V. Wade (PA 33352)
                                  Federal Public Defender
                                  100 Chestnut Street, Suite 306
                                  Harrisburg, PA 17101
                                  Tel. No. (717) 782-2237
                                  Fax No. (717) 782-3881
                                  (James_Wade@fd.org)

                                  Frederick W. Ulrich (PA 44855)
                                  Federal Public Defender
                                  100 Chestnut Street, Suite 306
                                  Harrisburg, PA 17101
                                  Tel. No. (717) 782-2237
                                  Fax No. (717) 782-3881
                                  (Fritz_Ulrich@fd.org)

Dated:       July 24, 2006

CERTIFICATE OF SERVICE

I hereby certify that no classified or protected material was utilized in the preparation of petitioner's opposition and, therefore, service is not accomplished through the Court Security Officer but through the Court's ECF/CMS electronic mechanism on the following counsel of record for respondents:

>Mr. Terry M. Henry
>US DEPARTMENT OF JUSTICE
>20 Massachusetts Avenue, NW
>Room 7226
>Washington, DC 20529-0001

Date: July 24, 2006           s/ James V. Wade
                              JAMES V. WADE, ESQUIRE
                              Federal Public Defender