IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJJI GHALIB, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1238 (CKK) |

**NOTICE OF FILING OF PROTECTED INFORMATION IN
RESPONSE TO COURT'S FEBRUARY 17, 2007 MINUTE ORDER**

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order of August 4, 2005 (dkt no. 3), respondents have filed with the Court Security Office a submission in response to the Court's February 17, 2007 Minute Order. Respondents seek to have this submission designated as "protected information" pursuant to the protective orders. The submission cannot be described in any greater detail without disclosing the substance of the protected information. As required by the protective orders, respondents have disclosed the protected information to petitioners' counsel.

Dated: February 23, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents