IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJJI GHALIB,<br><br>    Petitioner,<br><br>   v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.,*<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-CV-1238 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION

Respondents hereby provide notice that petitioner Haji Ghalib (ISN 987) has been transferred to Afghanistan and released from United States custody.

In the Stipulation and Order filed with the Court under seal on December 8, 2006, the parties agreed that, pursuant to the protective orders entered by the Court's Order of August 4, 2005 (dkt. no. 3), Respondents' Notice Pursuant To The Court's May 1, 2006 Order (filed under seal on December 5, 2006), as well as the Stipulation and Order, would be designated as "Protected Information" pending notice by respondents of completion of the transfer of petitioner to Afghanistan.  Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice, the Stipulation and Order, and Respondents' Status Report Pursuant To The Court's February 15, 2007 Minute Order (filed under seal on February 23, 2007) treated as protected information.[1]

---

[1]  Consistent with this withdrawal, respondents have no objection to these filings, including Petitioner's Status Report Pursuant To The Court's February 15, 2007 Minute Order, being unsealed and placed on the public record.

Dated: March 2, 2007                    Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel

                                        ___/s/_ Andrew I. Warden_____
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        JUDRY L. SUBAR (D.C. Bar No. 347518)
                                        TERRY M. HENRY
                                        JAMES J. SCHWARTZ
                                        ROBERT J. KATERBERG
                                        ANDREW I. WARDEN (IN Bar. No. 23840-49)
                                        NICHOLAS J. PATTERSON
                                        EDWARD H. WHITE
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.
                                        Washington, DC  20530
                                        Tel:  (202) 514-4107
                                        Fax:  (202) 616-8470

                                        Attorneys for Respondents