UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAJJI GHALIB,
    Petitioner,

v.

GEORGE W. BUSH, *et al.*,
    Respondents.

Civil Action No. 05-1238 (CKK)

### ORDER

On March 2, 2007, Respondents provided the Court with notice [42] that Petitioner Hajji Ghalib (ISN 987) had been transferred to Afghanistan and released from United States custody.

Accordingly, it is, this 6th day of March, 2007, hereby

**ORDERED** that as Respondents have withdrawn their previous requests to have the Notices and Stipulations and Orders filed with the Court designated as "Protected Information" pursuant to the Court's August 4, 2005 Order prior to public notice of Petitioner's transfer, those Notices and Stipulations and Orders shall no longer be treated as "Protected Information"; it is further

**ORDERED** that as Petitioner has been transferred from the custody of the United States, there is no case or controversy pending before the Court and there exists no remedy that the Court can provide to Petitioner. This case is now moot and is therefore DISMISSED in its entirety.

    **SO ORDERED**.

    *This is a final, appealable order*.

                                      /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge